## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | Civil Action No.: MISC<br><br>[related to Civil Action No. 2:19-md-02904 (MCA) (MAH) pending in United States District Court for the District of New Jersey] |

## CCS COMMERCIAL, LLC'S MOTION TO QUASH PLAINTIFFS' SUBPOENA

NOW COMES CCS Commercial, LLC, by and through counsel, and moves this Honorable Court to quash the Rule 45 subpoena served by the Plaintiffs on CCS Commercial, LLC, a nonparty, in an action pending in the United States District Court for the District of New Jersey (Civil Action No. 2:19-md-02904) (D.N.J.)(MCA)(MAH)). In support of this motion, CCS relies upon the attached memorandum of law.

Dated: March 7, 2023

Respectfully submitted,
CCS COMMERCIAL, LLC
By its attorney,

_/s/Jay S. Gregory_
Jay S. Gregory, BBO No. 546708
jgregory@grsm.com
Gordon Rees Scully Mansukhani
21 Custom House Street, 5th Floor
Boston, MA 02110
(857) 504-2021

## CERTIFICATE OF SERVICE

  I, Jay S. Gregory, certify that on March 7, 2023, a true and accurate copy of the foregoing document has been served by electronic means upon counsel for plaintiffs as follows:

*Counsel for Plaintiffs:*

Christopher A. Seeger
Christopher L. Ayers
SEEGER WEISS, LLP
55 Challenger Rd, 6th Floor
Ridgefield Park, NJ 07660
cseeger@seegerweiss.com
cayers@seegerweiss.com

                */s/Jay S. Gregory*_____
                Jay. S. Gregory, BBO No. 546708